UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

MICHAEL SHAWN GILES
JENNIFER MELISSA GILES

CASE NO. 11-08959-BKC-3F7

_____ Debtor(s). _____

**TRUSTEE'S NOTICE OF INTENT TO SELL AT PRIVATE SALE**

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Street, Ste. 3-350, Jacksonville, Florida 32202, serve a copy on the movant's attorney at his address indicated below and a copy to the U.S. Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, Florida 32801.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

The trustee gives notice that he intends to sell the following property of the bankruptcy estate: 2002 Nissan Xterra, VIN 5N1MD28T42C600579, 2005 Nissan Quest, VIN 5N1BV28U45N132536 and the 2002 Carolina Skiff, VIN EKHD4102B202 for the total sum of $5,500.08, to be paid in twelve monthly installments of $ 458.34 per month to the trustee, commencing March 1, 2014. The sale is as is with all faults. There are no warranties, either express or implied. The sales price is related to the values on the schedules less available exemptions. The property is not subject to a lien. The purchasers are the debtors. There are no negative tax consequences. The trustee believes that selling to the debtors will net more for the estate than by selling to third parties because it saves the costs of transport, storage and liquidation, e.g., auctioneer's fees.

The trustee reserves the right, without a penalty, to withdraw this offer of sale at any time. This sale will not become final until after the expiration of the 21-day objection period set forth above and/or a favorable disposition of any objections to the sale. The trustee, until the expiration of the time within which parties may object to the proposed sale, will entertain any higher bids for the purchase of the asset(s) being sold. Such bids must be accompanied by a deposit of twenty percent (20%) of the proposed higher purchase price. Any higher bid must be received by the trustee at the address listed below no later than twenty one (21) days from the date of this notice. Should a higher bid be received, the trustee will conduct a telephone auction between the original purchaser named in this notice and the additional bidder(s) at the earliest reasonable time.

Dated February __7__, 2014.

_____
GREGORY K. CREWS, Trustee
8584 Arlington Expressway
Jacksonville, Florida 32211
(904) 354-1750
Florida Bar No. 172772

Mailed to creditors and parties in interest on February __7__, 2014.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

**MICHAEL SHAWN GILES**              CASE NO. **11-08959-BKC-3F7**
**JENNIFER MELISSA GILES**

_____ Debtor(s). _____

**CERTIFICATE OF SERVICE OF TRUSTEE'S
NOTICE OF INTENT TO SELL AT PRIVATE SALE**

I certify, under penalty of perjury, that on February __7__, 2014, a copy of Trustee's Notice of Intent to Sell at Private Sale was mailed by using the CM/ECF system which will send a notice of the electronic filing to CM/ECF participants and that I mailed a copy of it by first class mail to non-CM/ECF participants as listed on the attached matrix.

_____
Gregory K. Crews, Trustee
8584 Arlington Expressway
Jacksonville, Florida 32211
(904) 354-1750

| | | |
|---|---|---|
| bel Matrix for local noticing<br>3A-3<br>se 3:11-bk-08959-JAF<br>idle District of Florida<br>cksonville<br>i Feb  7 11:15:55 EST 2014 | Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 | Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| nnifer Melissa Giles<br>38 Cobblefield Circle West<br>cksonville, FL 32224-7970 | Michael Shawn Giles<br>4438 Cobblefield Circle West<br>Jacksonville, FL 32224-7970 | HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 |
| S<br>ntralized Insolvency Operations<br>O. Box 7346<br>iladelphia, PA 19101-7346 | JPMorgan Chase Bank NA<br>Law Offices of Marshall C. Watson, PA<br>1800 NW 49th Street Suite 120<br>Fort Lauderdale, FL 33309-3092 | PRA Receivables Management, LLC<br>POB 41067<br>Norfolk, VA 23541-1067 |
| covery Management Systems Corp.<br>tn: Ramesh Singh<br>SE Second Avenue, Ste 1120<br>ami, FL 33131-1605 | ARM Inc.<br>PO box 277690<br>Hollywood, FL 33027-7690 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 |
| hley Funding Services LLC its successors a<br>signs as assignee of Laboratory Corp<br>America Holdings<br>surgent Capital Services<br>Box 10587<br>eenville, SC 29603-0587 | BAPTIST MEDICAL CENTER<br>PO BOX 45094<br>Jacksonville, FL 32232-5094 | Baptist Medical Center<br>PO Box 45058<br>Jacksonville, FL 32232-5058 |
| ptist Medical Center - Beaches<br>Box 45058<br>cksonville, Fl 32232-5058 | Beaches Urology PA<br>1370 13th Ave S, Suite 115<br>Jacksonville Beach, FL 32250-3206 | Beaches Urology PA<br>3791 Cricket Cove Rd E<br>Jacksonville, FL 32224-8401 |
| stwick Laboratories Inc.<br>Box 403751<br>lanta, GA 30384-3751 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One, N.A<br>c/o Bass & Associates,:<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712-1083 |
| )CHASE CARD SERVICES<br>1 NORTH WALNUT STREET<br>TN MARK PASCALE<br>IL STOP DE1-1406<br>LMINGTON DE 19801-2920 | City of Jacksonville<br>117 West Duval Street Ste. 480<br>Jacksonville, FL 32202-5721 | Community First Credit Union<br>P.O. Box 2034<br>Jacksonville, FL 32203-2034 |
| mmunity First Credit Union<br>O. Box 2304<br>cksonville, FL 32203-2304 | Community First Cu Of<br>623 N Main St<br>Jacksonville, FL 32202-3011 | Duval County Tax Collector<br>231 Forsyth St.  #130<br>Jacksonville FL 32202-3380 |
| rstSource<br>Box 628<br>ffalo, NY 14240-0628 | Florida Anesthesia Assoc<br>PO Box 5278<br>Jacksonville, FL 32247-5278 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |

| | | |
|---|---|---|
| ost Arnett Company<br>Box 1022<br>xom, MI 48393-1022 | HSBC Bank Nevada, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 | (p)HSBC BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 5213<br>CAROL STREAM IL 60197-5213 |
| ternal Revenue Service<br>Box 7346<br>iladelphia, PA 19101-7346 | LCA Collections<br>c/o Lab Corporation America<br>PO Box 2240<br>Burlington, NC 27216-2240 | Merchants Assoc Cool D<br>134 S Tampa St<br>Tampa, FL 33602-5396 |
| rchants Association Collection<br>Box 4115<br>ncord, CA 94524-4115 | (p)NATIONWIDE RECOVERY SERVICE<br>PO BOX 8005<br>CLEVELAND TN 37320-8005 | OAK HARBOR CAPITAL IV, LLC<br>C O Weinstein And Riley, PS<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121-3132 |
| )PORTFOLIO RECOVERY ASSOCIATES LLC<br>BOX 41067<br>RFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>World Financial Network National Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| )US BANK<br>BOX 5229<br>NCINNATI OH 45201-5229 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 | Wfnnb/Beallsflorida<br>Po Box 182685<br>Columbus, OH 43218-2685 |
| nnb/Dress Barn<br>Box 182273<br>lumbus, OH 43218-2273 | Wfnnb/Lane Bryant<br>4590 E Broad St<br>Columbus, OH 43213-1301 | Gregory K. Crews +<br>8584 Arlington Expressway<br>Jacksonville, FL 32211-8003 |
| vid J. Pinkston +<br>nkston & Pinkston, P.A.<br>D. Box 4608<br>cksonville, FL 32201-4608 | United States Trustee - JAX 13/7 7+<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2217 | Antonio Alonso +<br>Choice Legal Group, PA<br>1800 NW 49th Street<br>Suite 120<br>Fort Lauderdale, FL 33309-3092 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| p One<br>Box 85520<br>chmond, VA 23285 | Chase<br>Po Box 1093<br>Northridge, CA 91328 | Hsbc/Bsbuy<br>Po Box 15519<br>Wilmington, DE 19850 |
| tionwide Recovery Se<br>Box 1015<br>eveland, TN 37364 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 |

)US Bank
 Box 790408
int Louis, MO 63179

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

)Gregory K. Crews +
84 Arlington Expressway
:ksonville, FL 32211-8003

End of Label Matrix
Mailable recipients    50
Bypassed recipients     1
Total                  51